No. 131, Orig. SOUTHEAST INTERSTATE LOW-LEVEL RADIOACTIVE WASTE MANAGEMENT COMMISSION v. NORTH CAROLINA. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 99–1257. BROWNER, ADMINISTRATOR OF ENVIRONMENTAL PROTECTION AGENCY, ET AL. v. AMERICAN TRUCKING ASSNS., INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 529 U. S. 1129.] Motion of respondents Ohio et al. for divided argument granted.

No. 99–1379. CIRCUIT CITY STORES, INC. v. ADAMS. C. A. 9th Cir. [Certiorari granted, 529 U. S. 1129.] Motion of the Solicitor General to participate in oral argument as amicus curiae and for divided argument denied.

No. 99–1529. EGELHOFF v. EGELHOFF, A MINOR, BY AND THROUGH HER NATURAL PARENT, BREINER, ET AL. Sup. Ct. Wash. [Certiorari granted, 530 U. S. 1242.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 00–249. ATLANTIC RICHFIELD CO. ET AL. v. UNION OIL COMPANY OF CALIFORNIA. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–6245. IN RE ALEXANDER; and
No. 00–6263. IN RE MOUZON. Petitions for writs of habeas corpus denied.